In the Matter of DELLWOOD DAIRY Co., INC., Appellant, against HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

Argued May 26, 1942; decided June 18, 1942.

*Solomon I. Sklar* and *Sydney C. Weinstein* for appellant.

*Robert G. Blabey* and *Milo R. Kniffen* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.